# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 06, 2015
Docket #: 14-1823cv
Short Title: Catskill Mountains Chapter of v. United States Environmental Pr

DC Docket #: 08-cv-5606
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-8430
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-5606
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-8430
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-5606
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-5606
DC Court: SDNY (WHITE PLAINS) DC Docket #: 08-cv-8430
DC Court: SDNY (WHITE PLAINS)
DC Judge: Karas

## NOTICE OF HEARING DATE

**Argument Date/Time:** Tuesday, December 1, 2015 at 10:00 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**

| | | |
|---|---|---|
| Catskill Mountains Chapter et al | } | 20 minutes to be shared |
| State of New York, Connecticut et al | } | |
| Miccosukee Tribe of Indian et al | } | |
| United States Environmental et al | ] | |
| City of New York | ] | |
| South Florida Water et al | ] | 20 minutes to be shared |

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

1

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Peter D. Nichols
Firm Name (if applicable): Berg Hill Greenleaf Ruscitti LLP
Current Telephone Number: 303-402-1600; 303-494-0278

The above named attorney represents: *
( ) Appellant/Petitioner    ( ) Appellee-Respondent (X) Intervenor

Date: 7 Oct 15    Signature: _____
Peter D. Nichols

* Attorney represents: Intervenor Defendants-Appellants-Cross Appellees, Western States and Western Water Providers pursuant to the attached lists.

## ADDENDUM TO ACKNOWLEDGMENT OF NOTICE OF HEARING

### List of Intervenor Defendants-Appellants-Cross Appellees, Western States

States of:

- Colorado
- New Mexico
- Alaska
- Arizona (Department of Water Resources)
- Idaho
- Nebraska
- Nevada
- North Dakota
- Texas
- Utah
- Wyoming

ADDENDUM TO ACKNOWLEDGMENT OF NOTICE OF HEARING

**List of Intervenor Defendants-Appellants-Cross Appellees, Western Water Providers**

- Central Arizona Water Conservation District
- Central Utah Water Conservancy District
- City and County of Denver, By and Through its Board of Water Commissioners
- City and County of San Francisco Public Utilities Commission
- City of Boulder [Colorado]
- City of Aurora [Colorado]
- El Dorado Irrigation District
- Idaho Water Users Association
- Imperial Irrigation District
- Kane County [Utah] Water Conservancy District
- Las Vegas Valley Water District
- Lower Arkansas Valley Water Conservancy District
- The Metropolitan Water District of Southern California
- National Water Resources Association
- Salt Lake & Sandy [Utah] Metropolitan Water District
- Salt River Project
- San Diego County Water Authority
- Southeastern Colorado Water Conservancy District
- The City of Colorado Springs, Acting By and Through its Enterprise Colorado Springs Utilities
- Washington County [Utah] Water District
- Western Urban Water Coalition
- [California] State Water Contractors